United States Court of Appeals
Fifth Circuit

**F I L E D**

September 6, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 07-50149
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RANDY RICARDO ARELLANO-VILLALPANDO, also known as Andrew
Arellano-Villalpando

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:06-CR-1428-ALL

Before DeMOSS, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Randy Ricardo Arellano-Villalpando raises arguments that are foreclosed by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense.  See United States v. Pineda-Arellano, 492 F.3d 624, 625 (5th Cir. 2007).  The Government's motion

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.